UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EATSERN DIVISION

CASE NO.: 5:19-CR-411-1-D

UNITED STATES OF AMERICA )
)
vs. ) ORDER
)
ANDREW LOUIS BASS, II, )
Defendant. )

THIS CAUSE is before the Court, on Defendant's Motion to Continue. The Motion is GRANTED

DONE AND ORDERED in Chambers, this 15 day of March, 2021.

J. Dever
UNITED STATES DISTRICT COURT JUDGE