UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EATSERN DIVISION

CASE NO.: 5:19-CR-411-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANDREW LOUIS BASS, II, | ) | |
| Defendant. | ) | |

THIS CAUSE is before the Court, on Defendant's Motion to Seal document number 67. The Motion is GRANTED

**SO ORDERED. This 18 day of May 2021.**

JAMES C. DEVER III
**United States District Judge**