UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EATSERN DIVISION

CASE NO.: 5:19-CR-411-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANDREW LOUIS BASS, II, | ) | |
| Defendant. | ) | |

THIS CAUSE is before the Court, on Defendant's Motion to Seal document number 72. The Motion is GRANTED

DONE AND ORDERED in Chambers, this **22** day of **June**, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE