UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EATSERN DIVISION

CASE NO.: 5:19-CR-411-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANDREW LOUIS BASS, II, ) | |
| Defendant. ) | |

THIS CAUSE is before the Court, on Defendant's Motion to Seal document number 77. The Motion is GRANTED

SO ORDERED. This 19 day of August, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE