IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-411-D
No. 5:25-CV-206-D

| | |
|---|---|
| ANDREW LOUIS BASS, II, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

The United States SHALL respond to petitioner's motion to vacate not later than March 17, 2026.

SO ORDERED. This __9__ day of February, 2026.

JAMES C. DEVER III
United States District Judge